IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CYNTHIA O'CONNER,[1] | § | |
| | § | No. 42, 2015 |
| Petitioner Below- | § | |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County |
| DARRYL J. ROBINSON, | § | File No. CN09-04138 |
| | § | Petition Nos. 14-29245 and |
| Respondent Below- | § | and 14-28432 |
| Appellee. | § | |

Submitted: August 28, 2015
Decided: October 27, 2015
Amended: October 29, 2015

Before **STRINE**, Chief Justice; **HOLLAND**, and **SEITZ**, Justices.

## O R D E R

This 27th day of October 2015, upon consideration of the appellant's opening brief[2] and the record below, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned in the Family Court's well-reasoned decision dated January 13, 2015 affirming the Commissioner's denial of the appellant's petition for a protection from abuse ("PFA") order and grant of the appellee's PFA petition.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

[2] The appellee did not file an answering brief.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice